SAIRA HUSSAIN (SBN 300326)
saira@eff.org
JENNIFER LYNCH (SBN 240701)
jlynch@eff.org
MARK RUMOLD (SBN 279060)
mark@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY,<br><br>　　　　　　Defendant. | Case No. 19-cv-07431<br>Action Filed: Nov. 12, 2019<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Victoria Python, do hereby affirm that I am over the age of 18 years and not a party to the within action. My business address is 815 Eddy Street, San Francisco, California, 94109.

On November 20, 2019 I served the following documents:

- Complaint
- Summons
- Certificate of Interested Entities or Parties
- Entry of Appearance of Jennifer Lynch
- Entry of Appearance of Mark Rumold
- Notice of Case assigned to Magistrate Judge Jacqueline Scott Corely
- Order Setting Initial Case Management Conference and ADR Deadlines
- Notice of Assignment of Case to a US Magistrate Judge
- Notice of Availability of Magistrate Judge to Exercise Jurisdiction
- Consenting to the Jurisdiction of a Magistrate Judge
- Civil Standing Order for Magistrate Judge Jacqueline Scott Corley
- Settlement Conference Standing Order for Magistrate Judge Jacqueline Scott Corley
- Standing Order for All Judges of the Northern District of California: Contents of Joint Case Management Statement
- Northern District of California's Joint Case Management Statement and [Proposed] Order form
- ECF Registration Information Handout
- ADR Dispute Resolution Procedures in the Northern District of California

On the person(s) below as follows

X   By United States Certified Mail, I enclosed the documents in a sealed envelope addressed to:

Office of General Counsel
Department of Homeland Security
245 Murray Lane, S.W.
Washington, DC  20528

Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney for the Northern District of California
Department of Justice
ATTN: Civil Process Clerk
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

And deposited the sealed envelopes with the United States Postal Service, with postage fully pre-paid. I am a resident of the county where the mailing occurred. The envelope was placed in the mail at San Francisco, California.

    I declare under the laws of the State of California that the foregoing is true and correct and was executed on November 20, 2019

*/s/ Victoria*
_____
Victoria Python

2
PROOF OF SERVICE







Case 3:19-cv-07431-JSC   Document 9   Filed 11/25/19   Page 5 of 8



USPS Tracking®

**Tracking Number:** 70190700000198093662

Your item was delivered to an individual at the address at 12:10 pm on November 22, 2019 in ZIP Code 20582.

## ✓ Delivered

November 22, 2019 at 12:10 pm
Delivered, Left with Individual
20582

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**November 22, 2019, 12:10 pm**
Delivered, Left with Individual
20582
Your item was delivered to an individual at the address at 12:10 pm on November 22, 2019 in ZIP Code 20582.

**November 22, 2019, 9:17 am**
Arrived at Unit
WASHINGTON, DC 20018

**November 22, 2019, 5:15 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 22, 2019, 3:45 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 21, 2019**
In Transit to Next Facility

**November 20, 2019, 7:44 pm**
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**November 20, 2019, 7:44 pm**
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**November 20, 2019, 5:25 pm**
Departed Post Office
SAN FRANCISCO, CA 94102

**November 20, 2019, 10:04 am**
USPS in possession of item
SAN FRANCISCO, CA 94102

---

**Product Information** ⌄



See Less ∧

**Tracking Number:** 70190700000198093648   Remove ✕

Your item was delivered at 5:10 am on November 25, 2019 in WASHINGTON, DC 20530.

## ⊘ Delivered

November 25, 2019 at 5:10 am
Delivered
WASHINGTON, DC 20530

Get Updates ∨

---

Text & Email Updates ∨

---

**Tracking History** ∧

**November 25, 2019, 5:10 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 5:10 am on November 25, 2019 in WASHINGTON, DC 20530.

**November 22, 2019, 10:50 am**
Available for Pickup
WASHINGTON, DC 20022

**November 22, 2019, 10:09 am**
Arrived at Unit
WASHINGTON, DC 20018

**November 22, 2019, 5:15 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 22, 2019, 3:46 am**
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

**November 21, 2019**
In Transit to Next Facility

**November 20, 2019, 7:44 pm**
Departed USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**November 20, 2019, 7:44 pm**
Arrived at USPS Regional Origin Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**November 20, 2019, 5:25 pm**
Departed Post Office
SAN FRANCISCO, CA 94102

**November 20, 2019, 10:04 am**
USPS in possession of item
SAN FRANCISCO, CA 94102

Product Information

See Less ∧

**Tracking Number:** 70190700000198093655   Remove ✕

Your item was delivered to an individual at the address at 12:52 pm on November 21, 2019 in SAN FRANCISCO, CA 94102.

## ⊘ Delivered

November 21, 2019 at 12:52 pm
Delivered, Left with Individual
SAN FRANCISCO, CA 94102

Get Updates ∨

Text & Email Updates

Tracking History

**November 21, 2019, 12:52 pm**
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
Your item was delivered to an individual at the address at 12:52 pm on November 21, 2019 in SAN FRANCISCO, CA 94102.

**November 21, 2019, 9:15 am**
Out for Delivery
SAN FRANCISCO, CA 94102

**November 21, 2019, 9:04 am**
Arrived at Unit
SAN FRANCISCO, CA 94124

**November 21, 2019, 6:45 am**
Arrived at USPS Facility
SAN FRANCISCO, CA 94124

**November 21, 2019, 6:32 am**
Departed USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**November 21, 2019, 1:43 am**
Arrived at USPS Regional Facility
SAN FRANCISCO CA DISTRIBUTION CENTER

**November 20, 2019, 5:25 pm**
Departed Post Office

SAN FRANCISCO, CA 94102

**November 20, 2019, 10:04 am**
USPS in possession of item
SAN FRANCISCO, CA 94102