UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ELECTRONIC FRONTIER FOUNDATION, | Case No. 19-cv-07431-JSC |
|---|---|
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINES** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | Re: Dkt. No. 16 |
| Defendant. | |

Upon review of the parties' joint case management conference statement (Dkt. No. 16), the case management conference scheduled for February 13, 2020 is continued to April 16, 2020 at 1:30 p.m.  ICE and CBP shall produce records as agreed to in the joint case management conference statement.  Any motion for leave to file an amended pleading, or stipulation to do so, must be filed by March 31, 2020.  If between now and April 16, 2020 an issue arises which the parties would like to discuss with the Court, they are encouraged to contact the Court's Deputy Clerk to arrange an informal call with the Court.

**IT IS SO ORDERED.**

Dated: February 11, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge